UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BRUCE LLEWELLYN PORTER,**<br><br>          Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN,<br><br>          Respondent. | **Case No. LA CV 17-01429-VBF-SK**<br>**ORDER**<br>Overruling Petitioner's Objections;<br>Adopting Report & Recommendation;<br>Denying the Habeas Corpus Petition;<br>Dismissing the Action With Prejudice;<br>Directing Separate COA Ruling;<br>Directing Entry of Separate Final Judgment;<br>Terminating and Closing the Action (JS-6) |

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2254 ("petition") (CM/ECF Document ("Doc") 1), the respondent warden's answer and accompanying memorandum (Doc 2), the relevant decision(s) of the California state courts, the state-court "lodged documents" submitted by the respondent in paper form (listed in the index at Doc 12), petitioner's traverse (Doc 13), the Report and Recommendation ("R&R") issued by the United States Magistrate Judge pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on July 13, 2017 (Doc 15), petitioner's August 11, 2017 objections to the R&R (Doc 16), and the applicable law. The time for

the respondent warden to respond to the objections elapsed several weeks ago, and the respondent has neither filed a response nor sought an extension of time in which to do so.

"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R." *Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016).

"The Court finds discussion of [the] objections to be unnecessary on this record. The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require the district judge to provide a written explanation of the reasons for rejecting objections. *See MacKenzie v. California AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (Fairbank, J.) (quoting *US ex rel. Walterspiel v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir.) (per curiam) ("The district court complied with this requirement. Accordingly, we find no procedural error in the district court's decision not to address specifically Walterspiel's objections."), *cert. denied*, – U.S. –, 137 S. Ct. 162 (2016)) (brackets & internal quote marks omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. California Judicial Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016).

Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations.

ORDER

Petitioner's objection **[Doc # 16] is OVERRULED.**

The Magistrate Judge's Report and Recommendation **[Doc # 15] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

**The Court will contemporaneously rule on a certificate of appealability.** *See Henderson v. United States*, 2015 WL 66509, *2 (D. Idaho Jan. 5, 2015) (Winmill, C.J.). **The COA ruling will be made by separate order.** *See, e.g., Roybal v. Davis*, 148 F. Supp.2d 958, 1125 (S.D. Cal. 2015).

**Final judgment will be entered consistent with this order and with the R&R.**

As required by Fed. R. Civ. P. 58(a), judgment will be separate document.

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: September 15, 2017

                                                                             *Valerie Baker Fairbank*

Valerie Baker Fairbank

Senior United States District Judge