JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE LLEWELLYN PORTER,** | No. LA CV 17-01429-VBF-SK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to this Court's contemporaneous Order denying the habeas corpus petition, **final judgment is hereby entered in favor of respondent Madden and against petitioner Bruce Llewellyn Porter.**

Dated: September 15, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE